# United States Court of Appeals
## For the First Circuit

No. 21-1293, 21-1300

CHRISTOPHER BRUCE,

Plaintiff, Appellant, Cross-Appellee,

AMALGAMATED TRANSIT UNION,

Plaintiff,

v.

WORCESTER REGIONAL TRANSIT AUTHORITY; CENTRAL MASS TRANSIT
MANAGEMENT, INC.; DAVID TRABUCCO, in his individual and official
capacities; JONATHAN CHURCH, in his individual and official
capacities,

Defendants, Appellees, Cross-Appellants,

JAMES PARKER, in his individual and official capacities,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this court, issued on May 18, 2022, is amended
as follows:

On page 13, line 7, please replace the word "employer" with
"employment."